March 26, 1964

Commonwealth ex rel. Dorman, Appellant, *v.*
Myers.

Submitted December 9, 1963. *Ellis Dorman,* appellant, in propria persona; *Louis F. McCabe* and *Arlen Specter,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

April 3, 1964

Brownstein Unemployment Compensation Case.

Argued March 18, 1964. *Anna Brownstein,* appellant, in propria persona, submitted a brief; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed; reargument refused May 6, 1964.